Campbell H. Finlay, Bar No. 162187
campbell@davis-grass.com
Deanna M. Brown, Bar No. 167003
dbrown@davis-grass.com
DAVIS, GRASS, GOLDSTEIN & FINLAY
3281 E. Guasti Road, Suite 350
Ontario, California 91761
Telephone: (909) 476-2662
Facsimile: (909) 476-2335

Brian K. Condon (State Bar No. 138776)
brian.condon@arnoldporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:   (213) 243-4199

Attorneys for Defendants Kaiser Foundation
Health Plan, Inc. and Kaiser Foundation Hospitals

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA BREEZE,<br><br>                Plaintiff,<br><br>       v.<br><br>COUNTY OF LOS ANGELES; CITY OF PASADENA; KARLA BENNETT, individually and in her official capacity; SAMANTHA GREEN, individually and in her official capacity; KAISER FOUNDATION HEALTH PLAN, INC., a.k.a. KAISER PERMANENTE; KAISER FOUNDATION HOSPITALS, a.k.a. KAISER PERMANENTE and DOES 1-10, | Case No.: 2:22-CV-06342-MCS-JPR<br><br>**NOTICE OF ERRATA IN REPLY MEMORANDUM OF POINTS AND AUTHORITIES OF KAISER IN SUPPORT OF PETITION TO COMPEL ARBITRATION AND STAY ACTION AS TO KAISER**<br><br>DATE:     February 27, 2023<br>TIME:     9:00 a.m.<br>CTRM:    7C |

Defendants Kaiser Foundation Health Plan, Inc. ("Health Plan") and Kaiser Foundation Hospitals (collectively "Kaiser") submit this Notice of Errata in its Reply Memorandum in Support of their Petition to Compel Arbitration and Stay Action, filed on February 13, 2023 as Docket No. 64.

*** 

The block quotation at Docket No. 64, p.7, *ll.* 8-15 is a direct quotation of authorities in *Cross v. Superior Court*, 11 Cal.App.5th 305, 322-323 (2017).  It should not have been cited to *In re Greg F.*, 55 Cal.4th 393, 407 (2012) at Docket No. 64, p. 7, *ll.* 16.  The quotation is not contained in *In re Greg*.  The correct citation for the block quotation is as follows:

> It is well established that a statute enacted later in time controls over an earlier-enacted statute, and it is equally well-established that a specific statute prevails over a statute that is more general.  (*State Dept. of Public Health v. Superior Court* (2015) 60 Cal.4th 940, 946, 960-961[ ] [more specific and later-enacted long-term care statute properly construed as a limited exception to general rule of patient confidentiality set forth in Welf. & Inst. Code § 5328]; see also Gov. Code, § 9605 ["In the absence of any express provision to the contrary in the statute which is enacted last, it shall be conclusively presumed that the statute which is enacted last is intended to prevail over statutes which are enacted earlier at the same session ..."]; Code Civ. Proc., § 1859 ["when a general and particular provision are inconsistent, the latter is paramount to the former'].)

*Cross v. Superior Court*, 11 Cal.App.5th 305, 322-323 (2017).


Respectfully submitted,

Dated:  February 15, 2023

DAVIS, GRASS, GOLDSTEIN & FINLAY

ARNOLD & PORTER LLP


By: */s/ Brian K. Condon*
BRIAN K. CONDON
Attorneys for Defendants
KAISER FOUNDATION HEALTH
PLAN, INC. and KAISER
FOUNDATION HOSPITALS

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2023, the undersigned caused a true and correct copy of the foregoing **NOTICE OF ERRATA IN REPLY MEMORANDUM OF POINTS AND AUTHORITIES OF KAISER IN SUPPORT OF PETITION TO COMPEL ARBITRATION AND STAY ACTION AS TO KAISER** was filed with the Clerk of the U.S. District Court for the Central District of California using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-1.  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action and who have consented under Civil L.R. 5-1 to accept that Notice as service of these documents.

*/s/ Brian K. Condon*
Brian K. Condon