**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA BREEZE, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES; CITY OF PASADENA, KARLA BENNETT, individually and in her official capacity; SAMANTHA GREEN, individually and in her official capacity; KAISER FOUNDATION HEALTH PLAN, INC., a.k.a. KAISER PERMANENTE; KAISER FOUNDATION HOSPITALS a.k.a. KAISER PERMANENTE; and DOES 1-10, <br><br> Defendant. | Case No. 2:22-cv-06342-MCS-JPR <br><br> **PARTIAL JUDGMENT** |

1

Pursuant to the Court's Order Granting Motion for Summary Judgment, it is ordered, adjudged, and decreed that all of Plaintiff Nevada Breeze's claims against Defendants County of Los Angeles, Karla Bennett, and Samantha Green are dismissed with prejudice. Judgment is entered in favor of Defendants County of Los Angeles, Bennett, and Green and against Plaintiff. Plaintiff shall take nothing from her action against them.

This partial judgment does not pertain to Plaintiff's claims against Kaiser Foundation Health Plan, Inc., and Kaiser Foundation Hospitals.

**IT IS SO ORDERED.**

Dated: January 16, 2024

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE