UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA BREEZE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTY OF LOS ANGELES; CITY OF PASADENA, KARLA BENNETT, individually and in her official capacity; SAMANTHA GREEN, individually and in her official capacity; KAISER FOUNDATION HEALTH PLAN, INC., a.k.a. KAISER PERMANENTE; KAISER FOUNDATION HOSPITALS a.k.a. KAISER PERMANENTE; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:22-cv-06342-MCS-JPR<br><br>**PARTIAL JUDGMENT** |

1  Pursuant to the Court's Order Re: Motion to Dismiss, it is ordered, adjudged and decreed that Plaintiff Nevada Breeze's claim against Defendant City of Pasadena is dismissed with prejudice. Judgment is entered in favor of Defendant City of Pasadena and against Plaintiff. Plaintiff shall take nothing from her action against them.

Pursuant to the Court's Order Dismissing Action Pursuant to Federal Rule of Civil Procedure 41(b), it is ordered, adjudged, and decreed that all of Plaintiff Breeze's claims against Defendants Kaiser Foundation Health Plan, Inc., and Kaiser Foundation Hospitals are dismissed without prejudice. Judgment is entered in favor of Defendants Kaiser Foundation Health Plan, Inc., and Kaiser Foundation Hospitals and against Plaintiff. Plaintiff shall take nothing from her action against them.

**IT IS SO ORDERED.**

Dated: February 5, 2024

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2